UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID GONZALEZ,

    Plaintiff,

  v.

DR. PHUC LAM,

    Defendant.

Case No. 18-cv-07508-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Granting Defendant's Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED

That judgment is hereby entered in favor of Defendant and against Plaintiff, and that each party bear its own costs of action.

Dated: August 28, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge